

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. AP-76,528, AP-76,529 & AP-76,530

### EX PARTE JOHN DEWAYNE WILLIAMS, Applicant

### ON APPLICATIONS FOR A WRIT OF HABEAS CORPUS
### CAUSE NOS. 114-0329-09, 114-0330-09 & 114-0331-09
### IN THE 114TH DISTRICT COURT
### FROM SMITH COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of robbery and one count of aggravated robbery. He was sentenced to imprisonment for thirty years on each robbery count and life on the aggravated robbery count.

Applicant contends that he was denied his right to appeal. The trial court determined that appellate counsel did not receive timely notice of his appointment and recommended that we grant

relief. We find, therefore, that Applicant is entitled to the opportunity to file out-of-time appeals of the judgments of conviction in Cause Nos. 114-0329-09, 114-0330-09, and 114-0331-09 from the 114th Judicial District Court of Smith County. Applicant is ordered returned to that time at which he may give written notices of appeal so that he may then, with the aid of counsel, obtain meaningful appeals. All time limits shall be calculated as if the sentences had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute appeals, he must take affirmative steps to file written notices of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: April 6, 2011
Do Not Publish